

# THE ATTORNEY GENERAL

## OF TEXAS February 6, 1939

Gerald C. Mann
XX.~~XOTXXXXXXXXXXXXXXXXXX~~
ATTORNEY GENERAL.

AUSTIN 11, TEXAS

Honorable A. M. Pribble
County Attorney
Mills County
Goldthwaite, Texas

Dear Mr. Pribble:

Opinion No. 0-262
Re: Whether a school district may
issue bonds for the purchase
of school buses.

Your request for an opinion on the following question has been received by this office:

Whether or not a school district can issue bonds for the purchase of school buses?

In reply to this question, you are respectfully advised that it is the opinion of this office, that bonds can not be issued for the purpose of purchasing school buses.

The right to issue bonds for any purpose must be based upon constitutional or statutory authority. We know of no such authority for the issuance of bonds for the purpose you mention, and this department has so held on numerous occasions. Your attention is directed to Articles 2784, 2797 and 2802E, Revised Civil Statutes of Texas, setting out the purposes for which bonds may be issued by a school district. A careful reading of such articles will reveal that school districts are not authorized to vote bonds to buy school buses, since the same is not specifically set forth by these articles.

The authority to issue bonds must be expressly given and it is improper to imply such power. Laster vs. Lopez, 217 S.W. 373.

We trust this to be the information you desire.

APPROVED:
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Yours respectfully

ATTORNEY GENERAL OF TEXAS

By /s/ Claud O. Boothman
Assistant

COB-s:egw